NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARREL LEE WILBER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1284

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 11-CV-1736, Judge Jean C. Hamilton.

---

## ORDER

Upon consideration of this recently docketed appeal, we consider whether this matter should be transferred to the United States Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 3(c)(1)(C) (specifying that the notice of appeal must "name the court to which the appeal is taken") and Fed. R. App. P. 3(d)(1) (the district court clerk must send the notice of appeal to the clerk of the court of appeals named in the notice). It appears that the notice of appeal in this case names the Eighth Circuit.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for Eighth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

JUN 0 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darrell Lee Wilber
     John J. Fargo, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK